1  Geoffrey E. Wiggs (SBN 276041)
2  LAW OFFICES OF GEOFFREY E. WIGGS
3  1900 South Norfolk Street, Suite 350
   San Mateo, California 94403-1171
4  Telephone Number: (650) 577-5952
   Facsimile Number: (650) 577-5953
5  Email Address: geoff@wiggslaw.com

6  Attorneys for Plaintiff
7  GREGORY SCOTT SUMMERLIN

8

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO / OAKLAND DIVISION**
10

| | |
|---|---|
| GREGORY SCOTT SUMMERLIN, | Case No. CV 13-0411-JSC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| ALTERNATIVE REVENUE SYSTEMS, INC., AND DOES 1 THROUGH 10 INCLUSIVE, | Fed R. Civ. Pro. 41 |
| Defendants. | |

Plaintiff **GREGORY SCOTT SUMMERLIN** (hereinafter "**Plaintiff**"), respectfully requests that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), his Complaint in the above-captioned matter be dismissed **with prejudice** based upon this Notice.

This dismissal is based upon a stipulated settlement between all parties.

All parties are to bear their own costs.

LAW OFFICES OF GEOFF WIGGS.

Dated: April 25, 2013          By: _____
                                    Geoffrey E. Wiggs, Esq.
                                    Attorney for Plaintiff
                                    GREGORY SCOTT SUMMERLIN

- 1 -
NOTICE OF DISMISSAL WITH PREJUDICE